**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MICHELLE NICOLE SIMPSON,

               Plaintiff,

    v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

               Defendants.

Case No. 25-cv-15393

Hon. Steven C. Seeger

**FINAL JUDGMENT ORDER**

This Court hereby enters judgment in favor of Plaintiff Michelle Nicole Simpson against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case ("Defaulting Defendants") as follows:

1.    Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one thousand dollars ($1,000) for willful use of counterfeit Plaintiff's copyright-protected images on products they sold.

2.    Plaintiff may enforce this Final Judgment as provided in the Federal Rules of Civil Procedure.

This is a Final Judgment.

Date:   April 27, 2026

 

Steven C. Seeger
United States District Judge

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | lidongjinshop |
| 2 | Sun Start |
| 3 | FuZhouJuanYongXinXiKeJi |
| 4 | Yantai Taihui Construction and Installation Co., Ltd. |
| 5 | |
| 6 | Mozzyyee |
| 7 | FuJianShengJingZhenShangMaoYouXianGongSi |
| 8 | |
| 9 | Caiyan Arts |
| 10 | ptinttop |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | AA_Retail |
| 17 | arashen |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | RISJM Co.Ltd |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | CHUCHU Embroidery Kit |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |

| 36 | HaloArtDesigns |
| 37 | Serene Art |