# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MICHELLE NICOLE SIMPSON,

               Plaintiff,

    v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

               Defendants.

Case No. 25-cv-15393

Hon. Steven C. Seeger

## PERMANENT INJUNCTION ORDER

This action having been commenced by Plaintiff MICHELLE NICOLE SIMPSON ("Simpson" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Simpson having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants").

Simpson having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Simpson has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Simpson's federally registered copyrights, which are protected by U.S. Copyright Registration Nos. VA 2-423-087; VA 2-423-280; VA 2-423-079; VA 2-423-662; and VA 2-423-317 (the "Michelle Simpson Works") to residents of Illinois. This Court further finds, in the absence of adversarial presentation, that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court issued a separate order granting default judgment. This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Michelle Simpson Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Michelle Simpson Product or not authorized by Simpson to be sold in connection with the Michelle Simpson Works;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Michelle Simpson Product or any other product produced by Simpson, that is not Simpson's or not produced under the authorization, control, or supervision of Simpson and approved by Simpson for sale under the Michelle Simpson Works;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Simpson, or are sponsored by, approved by, or otherwise connected with Simpson; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Simpson, nor authorized by Simpson to be sold or offered for sale, and which bear any of Simpson's registered copyrights, including the Michelle Simpson Works, or any reproductions, infringing copies or colorable imitations.

Date:   April 27, 2026

_____
Steven C. Seeger
United States District Judge

3

**First Amended Schedule A**

| No. | Defendants |
| --- | --- |
| 1 | lidongjinshop |
| 2 | Sun Start |
| 3 | FuZhouJuanYongXinXiKeJi |
| 4 | Yantai Taihui Construction and Installation Co., Ltd. |
| 5 | |
| 6 | Mozzyyee |
| 7 | FuJianShengJingZhenShangMaoYouXianGongSi |
| 8 | |
| 9 | Caiyan Arts |
| 10 | ptinttop |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | AA_Retail |
| 17 | arashen |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | RISJM Co.Ltd |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | CHUCHU Embroidery Kit |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |

| | |
|---|---|
| 36 | HaloArtDesigns |
| 37 | Serene Art |